```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

CLIFTON HOBBS and MARY HOBBS, )
on behalf of themselves and   )
all others similarly situated,)
                              )
                  Plaintiffs, )           8:09CV189
                              )
         v.                   )
                              )
MERCHANTS CREDIT ADJUSTERS,   )           ORDER
INC.,                         )
                              )
                  Defendant.  )
_____)
```

After planning conference with counsel,

IT IS ORDERED:

1) Plaintiffs shall have until April 2, 2010, in which to file a motion pursuant to Rule 23 of the Federal Rules of Civil Procedure seeking class action certification.

2) A further scheduling conference will be held after class action determination is made.

3) In the meantime, parties may conduct discovery.

DATED this 5th day of November, 2009.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court