IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CLIFTON HOBBS and MARY HOBBS,   )
on behalf of themselves and     )
all others similarly situated,  )
                                )
            Plaintiffs,         )       8:09CV189
                                )
      v.                        )
                                )
MERCHANTS CREDIT ADJUSTERS,     )       ORDER
INC.,                           )
                                )
            Defendant.          )
_____)
```

       This matter is before the Court on the stipulation for dismissal (Filing No. 17).  Pursuant thereto,

       IT IS ORDERED that this action is dismissed with prejudice, without payment of costs, disbursements or attorney fees to any party, as to Clifton Hobbs and Mary Hobbs; and it is dismissed without prejudice as to all others similarly situated.

       DATED this 4th day of December, 2009.

       BY THE COURT:

       /s/ Lyle E. Strom
       _____
       LYLE E. STROM, Senior Judge
       United States District Court